■ The People of the State of New York v. C. James Lombardi.— Motion granted to the extent of amending the remittitur to recite the following: " Upon the appeal herein there were presented, and necessarily passed upon,

questions under the Constitution of the United States, viz.: Appellant contended that his rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution were violated. This Court held that there was no violation of appellant's rights." Concur — Stevens, J. P., Eager, Steuer and Staley, JJ.